IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

Holly Littrell,

        Plaintiff

v.

John A. Slater, *et al.*,

        Defendants

Civil Action 2:11-cv-1134

Judge Marbley

Magistrate Judge Abel

## Order Cancelling Settlement Week Mediation

On August 28, 2012, counsel for the parties participated in a telephone conference with the Magistrate Judge and requested that the Settlement Week mediation noticed for September 13, 2012 at 9:00 a.m. be cancelled. Counsel have not completed written discovery. Defendants' counsel want to review audio tapes and plaintiff's medical treatment records relevant to her emotional distress damages for employment discrimination before beginning depositions. Counsel are in the process of preparing a protective order that will permit production of the relevant medical records. Defendants do not believe they will be in a position to evaluate this case for settlement until that discovery is completed. Counsel believe that the parties may be in a position to mediate in December 2012. The September 2012 Settlement Week mediation is CANCELLED.

Counsel are DIRECTED to call me (614-719-3370) on or before **October 26, 2012** to set up a telephone conference to let me know the status of discovery, the parties' settlement discussions, and whether their clients want to participate in the December 2012 Settlement Week.

The Clerk of Court is DIRECTED to serve a copy of this Order on counsel and the Settlement Week Mediator Ritchey Hollenbaugh, 366 East Broad St., Columbus, Ohio 43215.

                                      s/Mark R. Abel
                                      United States Magistrate Judge